# NITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HUNG NGUYEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-840** |
| **DARRELL VANNOY** | **SECTION: "A"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Hung Nguyen is **DISMISSED WITH PREJUDICE**.

October 17, 2019

_____
**UNITED STATES DISTRICT JUDGE**